ALLYNE R. ROSS  
U.S.D.J.

DATE: 7/ 9/14  
TIME: 9:30am

COURT REPORTER: Sherry Bryant

CRIMINAL CAUSE ON TRIAL

CLERK: DENNIS E. LaSALLE

DOCKET CR-12-430(ARR)  
CASE TITLE U.S.A. -V- Gregory Schaffer ©

APPEARANCES

FOR PLAINTIFF(S) OR USA : Peter Baldwin, AUSA  
Amir Toossi, AUSA

FOR DEFENDANT(S) : Michelle Gelernt, esq for Schaffer  
Michael Schneider, esq for Schaffer

__X__ CASE CALLED

__x__ COUNSEL FOR ALL SIDES PRESENT

_____ COUNSEL FOR PLAINTIFF/DEFENDANT PRESENT ONLY

_____ PLAINTIFF/DEFENDANT PRESENT W/O COUNSEL

_____ TRIAL COMMENCED

_____ JURORS SWORN

__x__ TRIAL CONTINUED

_____ TRIAL ADJOURNED TO_____ AT_____

_____ TRIAL CONCLUDED

_____ DECISION RESERVED

_____ WITNESSES TESTIFY AND ARE SWORN IN

__x__ EXHIBITS MARKED AND ENTERED INTO EVIDENCE

OTHER: Closing arguments heard; Jurors charged; Alternate dismissed; Marshal sworn in; Deliberations begin; Verdict rendered; Deft found guilty on all charges; Jury excused; Sentencing set for 11/14/14 @ 11:00am.